

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00576-CV

George **NAVARRO**,
Appellant

v.

Rebecca **HERNANDEZ** and Kristan Hernandez,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07366
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ,
AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED October 19, 2022.

_____
Lori I. Valenzuela, Justice